Argued and submitted July 22, decree modified to reduce child support, otherwise affirmed November 14, 1985

In the Matter of the Marriage of

## BINKERD,
*Appellant,*

*and*

## JOANN GRACE BINKERD,
*Respondent.*

(D82-1942; CA A34445)

708 P2d 1208

Eugene F. Ebersole, Portland, argued the cause for appellant. On the brief were Gary M. Bullock and David C. Gearing, Portland.

Paula J. Kurshner, Portland, waived appearance for respondent.

Before Richardson, Presiding Judge, and Warden and Newman, Judges.

PER CURIAM

**PER CURIAM**

Husband alleges error in the amount of spousal and child support awarded in this dissolution, as well as the distribution of a retirement fund from Tektronix. On *de novo* review we reduce the child support to $175 per month for each of the three children, for a total of $525, from the date of the original decree and otherwise affirm. No costs to either party.

Affirmed as modified.